CLOSED  FILED



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF THE INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE WORKERS LOCAL
LODGE PM 2848 DEFINED BENEFIT PENSION FUND,

   PLAINTIFF,

VS.

CASE NO. 01-72613
HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE MORGAN

KNIGHT MODEL & PROTOTYPE CORPORATION,
a Michigan corporation, a/k/a KNIGHT MODEL &
PATTERN, BRETT BLANCHARD an individual, and
JACK BLANCHARD, an individual, jointly and
severally,

   DEFENDANTS.

| NOVARA TESIJA & MICHELA, P.L.L.C. | MADDIN, HAUSER, WARTELL, ROTH, |
|---|---|
| Rochelle Kaplan (P49222) | HELLER & PESSES, P.C. |
| Lynn F. McGuire (P57124) | Michael S. Leib (P30470) |
| Lorrey Michela (P32292) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 28400 Northwestern Hwy. Third Floor |
| 2000 Town Center, Ste. 2370 | Southfield, MI 48034 |
| Southfield, MI 48075 | 248-355-5200 |
| 248-354-0380 | |

## ORDER UPON STIPULATION DISMISSING COMPLAINT WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO ANY PARTY

At a session of said Court held in the City of Detroit, State of Michigan on

**0 6 FEB 2002**.

PRESENT: HON.   GEORGE CARAM STEEH
         U.S. DISTRICT COURT JUDGE

The parties agreeing to the terms of this Order and the Court being fully advised in the premises,

#328974 v1 - ORDER

NOW THEREFORE, it is hereby Ordered that the Complaint be and hereby is dismissed with prejudice and without costs or attorney fees to any party.

*U.S. DISTRICT COURT JUDGE*

We agree to the terms above:

Rochelle Kaplan (P49222)
NOVARA TESIJA & MICHELA, PLLC
*Counsel for Plaintiffs*

Michael S. Leib (P30470)
MADDIN HAUSER WARTELL
ROTH HELLER & PESSES, P.C.
*Counsel for Defendants*

2